WILLIAM GODFREY DAVIS, ESQ. (STATE BAR# 73937)
LAW OFFICES OF WILLIAM GODFREY DAVIS
555 South Flower Street, Suite 4210
Los Angeles, CA 90071
213-489-9950
213-489-9016     Fax

Attorneys for Defendant,
AMERICAN LEGION JACKIE ROBINSON POST 252,
a California nonprofit corporation

FILED
CLERK, U.S. DISTRICT COURT
SEP 22 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN D. CHANG, an individual; HANNA Y. CHANG, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN LEGION JACKIE ROBINSON POST 252, a California corporation; PAUL MADISON, an individual; ALONZO ESTER, an individual; FAMILY DEVELOPMENT CORP.; JEROME, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. CV06-7997-AHM(PJWX)<br><br>[~~CORRECTED PROPOSED~~] AMENDED JUDGMENT<br><br>Trial Date:<br>Date      : June 9, 2009<br>Time      : 8:00 a.m.<br>Courtroom : 14 |

On June 10, 2009, at the close of Jonathan D. Chang's and Hanna Y. Chang's case, in a jury trial, Defendants, American Legion Jackie Robinson Post 252, a California Non-profit Corporation (the "Post"), and Alonzo Ester, moved for judgment as a matter of law on all of Plaintiffs' remaining claims for relief:

[CORRECTED PROPOSED] AMENDED JUDGMENT—1

specifically, Title 42 *U.S.C.* § 1982 (CJIN 8) and Title 42 *U.S.C.* § 3604(a) (CJIN 9), as applied to all Defendants; Title 42 *U.S.C.* § 1985(3) (CJIN 10); as applied to the Post; Title 42 *U.S.C.* § 3617, as applied to Defendant Ester; breach of contract (CJIN 11 and 12); as applied to the Post; and breach of covenant of good faith and fair dealing (CJIN 15) as applied to the Post.

The Draft Jury Instructions, which were circulated to the parties and reflected their comments and objections, were filed on June 12, 2009.[1]

Upon reviewing the elements necessary on these claims, the Court found that Plaintiffs failed to provide admissible probative evidence that would permit a reasonable jury to find for the Plaintiffs on any of them.

---

[1] The Court did not prepare a jury instruction on the 42 *U.S.C.* §3617 claim because it found that it was duplicative of the discrimination claim brought under 42 *U.S.C.* §3604(a).

Accordingly, the Court GRANTS Defendants' respective motions for judgment as a matter of law on all of the aforementioned claims for relief contained in Plaintiffs' Second Amended Complaint filed herein on June 12, 2008, to the extent they had not been disposed of in the Court's summary judgment ruling on March 5, 2009.

THEREFORE, it is ORDERED AND ADJUDGED that the plaintiffs take nothing, that the action be dismissed on the merits and that Defendant, American Legion Jackie Robinson Post 252, a California Non-profit Corporation, recover its costs from Plaintiffs', Jonathan D. Chang and Hanna Y. Chang, jointly and severally, in the amount of $265.89, plus attorney's fees in the amount of $48,706.16, together with interest thereon pursuant to 28 *U.S.C.* 1961 et seq. from the date of this Judgment until paid in full.

Dated: September 22, 2009

Honorable Howard C. Matz
United States District Judge